IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01078-BNB

BRIAN M. STROUD,

    Plaintiff,

v.

DR. STEVEN DENNIS, Banner Health, Arkansas, Said Person in Professional & Personal,
VALLEY AND RESEARCH MEDICAL CENTER, ER,
CHERLY CHESTNUT, N.P., F.L.C.F., Banner Health, Said Person in Professional and Personal,
DR. HOLDEN, Arkansas Valley Medical Research Center, Banner Health, Said Person in Professional & Personal,
CATHY HOLTZ, N.P. F.L.C.F., Banner Health, Said Person in Professional & Personal, and
DR. WERMER, Medical Doctor F.L.C.F., Banner Health, Said Person in Professional & Personal,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 9 2009

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 29, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01078-BNB

Brian Stroud
Prisoner No. 117960
Fort Lyon Corr. Faciltiy
PO Box 1000 - Bldg. 5-239
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/29/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk