IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01078-CMA-BNB

BRIAN M. STROUD,

Plaintiff,

v.

DR. STEPHEN DENNIS, Arkansas Valley Medical Research Center ER, Banner Health/Said Person in Professional & Personal,
CHERLY CHESTNUT, N.P., F.L.C.F., Banner Health/Said Person in Professional and Personal,
DR. HOLDEN, Arkansas Valley Medical Research Center, Banner Health/Said Person in Professional & Personal,
CATHY HOLTZ, N.P. F.L.C.F., Banner Health, Said Person in Professional & Personal, and
DR. WERMER, Medical Doctor F.L.C.F., Banner Health/Said Person in Professional & Personal,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -4 2009

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED: June 4, 2009.

BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01078-CMA-BNB

Brian M Stroud
Prisoner No. 117960
Fort Lyon Corr. Facility
PO Box 1000
Fort Lyon, CO 81038

Cheryl Chestnut, Cathy Holtz,
and Dr. Wermer  – **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Dr. Holden, and Dr. Stephen Dennis

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Cheryl Chestnut, Cathy Holtz, and Dr. Wermer: to the United States Marshal for service of process on Dr. Holden, and Dr. Stephen Dennis: AMENDED COMPLAINT FILED 5/21/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/4/09        .

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk