IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01078-CMA-BNB

BRIAN M. STROUD,

     Plaintiff,

v.

DR. STEPHEN DENNIS, Arkansas Valley Medical Research Center ER, Banner
   Health/Said Person in Professional and Personal,
CHERYL CHESTNUT, N.P., F.L.C.F., Banner Health/Said Person in Professional and
   Personal,
DR. HOLDEN, Arkansas Valley Medical Research Center, Banner Health/Said Person
   in Professional and Personal,
CATHY HOLTZ, N.P. F.L.C.F., Banner Health, Said Person in Professional and
   Personal, and
DR. WERMER, Medical Doctor F.L.C.F., Banner Health/Said Person in Professional
   and Personal,

     Defendants.

---

ORDER ADOPTING AND AFFIRMING AUGUST 25, 2009 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

---

     This matter is before the Court on the Recommendation of United States

Magistrate Judge (Doc. # 25).  This case was referred to Magistrate Judge Boyd N.

Boland to conduct all proceedings by Order of Reference (Doc. # 8), dated June 3,

2009.  Magistrate Judge Boland issued a Recommendation on August 25, 2009 that

the above-referenced case be dismissed without prejudice for failure to deep the Court

informed of his current address and for failure to prosecute.  (Recommendation at 2.)

The Recommendation is incorporated herein by reference.  *See* 28 U.S.C.

§ 636(b)(1)(B), Fed.R.Civ.P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 3.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Boland is sound and that there is no clear error on the face of the record.  *See* Fed.R.Civ.P. 72(a).  I agree with Magistrate Judge Boland that the above-referenced case should be dismissed.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland (Doc. # 25), filed August 25, 2009, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE.

DATED:  September   18  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge